UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:25-cv-09238

FOTOHAUS, LLC,

        Plaintiff,

v.

ICONN SYSTEMS LLC,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff FOTOHAUS, LLC by and through its undersigned counsel, brings this Complaint against Defendant ICONN SYSTEMS LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff FOTOHAUS, LLC ("Fotohaus") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Fotohaus' original copyrighted Work of authorship.

2. Daniel Foster, owner and principal photographer of Fotohaus, has a history of taking highly unique abstract architecture photographs that focus on lines and geometry. His works have been featured 18 times in the highly-coveted "Explore" section of Flickr. More than 86,000 fans follow his work on Instagram. Daniel is a member of the Royal Photographic Society and Professional Photographers of America. His work has been published online and offline through a variety of publications, including National Geographic, der Freitag, the World Wildlife Fund, and Smithsonian. Daniel licenses his work commercially on a selective basis and

is currently working to establish himself as a fine art photographer. His prints are available for purchase through Saatchi Art.

3. Defendant ICONN SYSTEMS LLC ("ICONN") is an engineer founded company that assists consumers in creating and building custom cable connectors and assemblies. At all times relevant herein, ICONN owned and operated the internet website located at the URL https://www.iconnsystems.com/ (the "Website").

4. Fotohaus alleges that ICONN copied Fotohaus's copyrighted Work from the internet in order to advertise, market and promote its business activities. ICONN committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the ICONN's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. ICONN is subject to personal jurisdiction in Illinois.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, ICONN engaged in infringement in this district, ICONN resides in this district, and ICONN is subject to personal jurisdiction in this district.

## DEFENDANT

9. ICONN SYSTEMS LLC is an Illinois limited liability company, with its principal place of business at 1110 N. Garfield Street, Lombard, Ilinois, 60148, and can be served by serving its Registered Agent, Molly Musson at 161 N. Clark St. Ste. 2700, Chicago, Illinois 60601.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2017, Foster created the photograph entitled "Wires," which is shown below and referred to herein as the "Work".



11. Foster registered the Work with the Register of Copyrights on April 10, 2017, and was assigned registration number VA 2-043-049. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. After registering the Work, Foster assigned the entire right, title, and interest of the Work to Fotohaus.

13. At all relevant times Fotohaus was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY ICONN**

14. ICONN has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, ICONN copied the Work.

16. On or about March 1, 2023, Fotohaus discovered the unauthorized use of its Work on the Website. ICONN used the Work on the website in a blog post entitled "*DO YOU NEED A CUSTOM CABLE ASSEMBLY? 10 FACTORS TO CONSIDER*".

17. ICONN copied Fotohaus' copyrighted Work without Fotohaus' permission.

18. After ICONN copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its cable connector business.

19. ICONN copied and distributed Fotohaus' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. ICONN committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Fotohaus never gave ICONN permission or authority to copy, distribute or display the Work at issue in this case.

22. Fotohaus notified ICONN of the allegations set forth herein on March 1, 2024 and March 20, 2024. To date, the parties have failed to resolve this matter.

**COUNT I**
**DIRECT COPYRIGHT INFRINGEMENT**

23. Fotohaus incorporates the allegations of paragraphs 1 through **Error! Reference source not found.** of this Complaint as if fully set forth herein.

24. Fotohaus owns a valid copyright in the Work at issue in this case.

25. Fotohaus registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. ICONN copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Fotohaus' authorization in violation of 17 U.S.C. § 501.

27. ICONN performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Fotohaus has been damaged.

30. The harm caused to Fotohaus has been irreparable.

WHEREFORE, the Plaintiff FOTOHAUS, LLC prays for judgment against the Defendant ICONN SYSTEMS LLC that:

    a. ICONN and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. ICONN be required to pay Fotohaus its actual damages and Defendant's profits attributable to the infringement, or, at Fotohaus' election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Fotohaus be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Fotohaus be awarded pre- and post-judgment interest; and

    e. Fotohaus be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Fotohaus hereby demands a trial by jury of all issues so triable.

Dated: August 5, 2025

Respectfully submitted,

*/s/ Layla T. Nguyen*
LAYLA T. NGUYEN
layla.nguyen@sriplaw.com
JOEL B. ROTHMAN
joel@sriplaw.com
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Fotohaus, LLC*